UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2021 AUG -6  A 10: 01

IN THE MATTER OF THE SEARCH OF )
2818 VIRGINIA ROAD ) Case No. 1:21-mj-042
AUGUSTA, GEORGIA 30906 )
) SEALED NO.
)
)
)

CLERK C Alers
SO. DIST. OF GA.

## ORDER

The Court having considered the Government's Motion to Seal, hereby GRANTS the motion and ORDERS the above-referenced search warrant and all related documents, to include the affidavit in support of the warrant, the application, the government's motion, and this order be SEALED until further order of the Court.

DONE this 6th day of August, 2021.

_____
BRIAN K. EPPS
JUDGE, UNITED STATES MAGISTRATE COURT
SOUTHERN DISTRICT OF GEORGIA