UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| **In the Matter of the Tracking of a a 2006 Mercedes Benz, Black in Color, and** | ) <br> ) <br> ) CASE NUMBER: 1:21-mj-42 <br> ) |
| **In the Matter of the Search of 2818 Virginia Road, Augusta, GA 30906** | ) <br> ) <br> ) <br> ) |

## GOVERNMENT'S MOTION TO UNSEAL

NOW COMES the United States of America, by and through Jill E. Steinberg, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, and respectfully requests this Honorable Court to unseal the above-captioned matters, together with any and all process issued thereunder and the motion to seal and order sealing said documents in the above-captioned matters.

In support of its request, the Government represents to the Court that the investigation of the Defendant in question has concluded and will no longer be compromised by the unsealing of said documents, and these materials will be provided to the Office of the District Attorney for Augusta Judicial Circuit for an anticipated state prosecution and, ultimately, to relevant counsel as part of discovery.

*(signature follows on the next page)*

Respectfully submitted this 21st day of June, 2023.

        JILL E. STEINBERG
        UNITED STATES ATTORNEY

        */s/ Henry W. Syms, Jr.*
        Henry W. Syms, Jr.
        Assistant United States Attorney
        Georgia Bar No.: 695009
        United States Attorney's Office
        Southern District of Georgia
        P.O. Box 2017
        Augusta, Georgia 30903
        T: (706) 826-4536
        hank.syms@usdoj.gov